IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**NOEL MILLS, on behalf of himself
and others similarly situated,**          **CASE NO.: 3:09-CV-576-J-12JRK**

       **Plaintiff,**

vs.

**NETWORK EXPRESS, INC., a
Florida Corporation,**

       **Defendant.**
_____/

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04 (c), I certify that the instant action:

__X__ IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

*__Ferreira v. Network Express, Inc. Case No.: 6:2005-cv-893-ACC/DAB (closed)__*

*__Nogueira v. Network Express, Inc. Case No.: 6:2006-cv-203 GAP/UAM (closed)__*

____ IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

DATED this 9th day of July, 2009.

       **/s/ C. RYAN MORGAN**
       C. RYAN MORGAN, ESQ.
       Florida Bar No. 0015527
       MORGAN & MORGAN, P.A.
       20 N. Orange Ave., 4th Floor
       P.O. Box 4979
       Orlando, FL 32802-4979
       Phone: (407) 420-1414
       Fax: (407) 420-5956
       Email: rmorgan@forthepeople.com
       **Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 9, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: **NETWORK EXPRESS, INC.,** c/o Bobby Taylor, Registered Agent, 5590 Ulmerton Road, Clearwater, FL 33760 this 9th day of July, 2009.

**/s/ C. RYAN MORGAN**
C. RYAN MORGAN, ESQ.