# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| NOEL MILLS, on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 3:09-CV-00576-HWM-JRK |
| NETWORK EXPRESS, INC., a Florida Corporation, | ) ) ) | |
| Defendant. | ) ) | |

### DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

\_\_\_\_\_ IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____

\_X\_\_\_ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

DATED this 6th day of August, 2009.

Respectfully submitted,


LITTLER MENDELSON, P.C.
111 North Magnolia Avenue
Suite 1250
Orlando, FL  32801.2366
407.393.2900
407.393.2929 (Fax)


/s/*Anthony J. Hall, Esq.*
Anthony J. Hall, Esq.
Florida Bar No.: 0040924
ahall@littler.com

Desirée C. Hill-Henderson, Esq.
Florida Bar No.: 0376190
dhenderson@littler.com


ATTORNEYS FOR DEFENDANT
NETWORK EXPRESS, INC.


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of August, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to the following: C. Ryan Morgan, Esq., Morgan & Morgan, P.A., 20 N. Orange Ave., 4th Floor, Orlando, FL  32802-4979.


/s/ *Anthony J. Hall*
Anthony J. Hall, Esq.

Firmwide:91420677.1 063404.1001

2