IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**NOEL MILLS, on behalf of himself
and others similarly situated,**                    CASE NO.: 3:09-CV-576-J-12JRK

       **Plaintiff,**

vs.

**NETWORK EXPRESS, INC., a
Florida Corporation,**

       **Defendant.**
_____/

## CASE MANAGEMENT REPORT

1.     <u>Meeting of Parties</u>: Pursuant to Local Rule 3.05(c)(2)(B) or (c)(3)(A), a meeting was held on **August 19, 2009** at 11:00 A.M. The meeting was attended by telephone between:

    Ryan Morgan
        Counsel for Plaintiff

    Anthony J. Hall
        Counsel for Defendant

2.     <u>Pre Discovery Initial Disclosures of Core Information</u>:

    a.     Fed. R. Civ. P. 26(a)(l)(A)&(B) Disclosures: *(Local Rule 3.05(d) provides that these disclosures are mandatory in Track Two Cases, unless otherwise ordered by the Court or stipulated by the parties.):*

The parties **X** have exchanged or agree to exchange information described in Fed. R. Civ. P. 26(a) (l) (A) -(D) on or before **September 18, 2009.**

3. <u>Discovery Plan- Joint Agreements:</u>

    A.     <u>Discovery Plan - Plaintiff</u>: The parties jointly propose the following Plaintiffs' discovery plan:

        a.     <u>Plaintiffs Planned Discovery</u>:

            (1)     <u>Requests for Admission</u>: Plaintiff anticipates that it will serve requests for admissions on Defendant in accordance with

     applicable rules of civil procedure.

  (2) <u>Written Interrogatories</u>: Plaintiff anticipates that it will serve written interrogatories in accordance with applicable rules of civil procedure.

  (3) <u>Requests for Production or Inspection</u>: Plaintiff anticipates that it will serve requests for production of documents in accordance with applicable rules of civil procedure.

  (4) <u>Oral Depositions</u>: Plaintiff anticipates that it will take the depositions of Defendant's witnesses.

 b. <u>Disclosure of Expert Testimony</u>: Parties stipulate, in accordance with Fed. R. Civ. P. 26(a)(2)(C), that Plaintiffs Fed. R. Civ. P. 26(a)(2) disclosure will be due no later than March 5, 2010.

 c. <u>Supplementation of Disclosures and Responses</u>: Parties agree that Plaintiffs supplementation of all discovery will be prompt and reasonable as new information becomes known, but in any event, final supplementation under Fed. R. Civ. P. 26(e) will be provided by **one month after receipt of the initial discovery**.

 d. <u>Completion of Discovery</u>: Plaintiff will commence all discovery in time for it to be completed on or before **May 21, 2010**.

 B. <u>Discovery Plan - Defendant</u>: The parties jointly propose the following Defendant's discovery plan:

  a. <u>Defendant's Planned Discovery</u>:

  (1) <u>Requests for Admission</u>: Defendant anticipates that it will serve requests for admission on Plaintiff in accordance with applicable rules of civil procedure prior to the completion of discovery. These include but are not limited to payment practices, nature of work, routes run, total compensation other claims or coparties.

  (2) <u>Written Interrogatories</u>: Defendant anticipates that it will serve written interrogatories on Plaintiff in accordance with applicable rules of civil procedure prior to the completion of discovery. These include but are not limited to payment practices, nature of work, routes run, total compensation other claims or coparties.

  (3) <u>Requests for Production or Inspection</u>: Defendant anticipates that it will serve requests for production on Plaintiff in accordance with applicable rules of civil procedure prior to the completion of discovery. These include but are not limited to payment practices,

                        nature of work, routes run, total compensation other claims or coparties.

        (4)        Oral Depositions: Defendant anticipates that it will depose the Plaintiff and his witnesses and expert witnesses prior to the completion of discovery.

        b.        Disclosure of Expert Testimony: Parties stipulate, in accordance with Fed. R. Civ. P. 26(a) (2) (C), that Defendant's Fed. R. Civ. P. 26(a)disclosure will be due no later than March 26, 2010.

        c.        Supplementation of Disclosures and Responses: Parties agree that Defendant's supplementation of all discovery will be prompt and reasonable as new information becomes known, but in any event, final supplementation under Fed. R. Civ. P. 26(e) will be provided by **one month after receipt of the initial discovery.**

        d.        Completion of Discovery: Defendant will commence all discovery in time for it to be completed on or before **May 21, 2010.**

5.        Joint Discovery Plan – Other Matters:

        None.

6.        Disagreement or Unresolved Issues Concerning Discovery Matters:

        None at the present time.

7.        Third Party Claims, Joinder of Parties, Potentially Dispositive Motions:

Parties agree that the final date for filing motions for leave to file third party claims or motions to join parties shall be by October 30, 2009, and motions for summary judgment and/or all other potentially dispositive motions should be filed no later than **June 25, 2010.**

8.        Settlement and Alternative Dispute Resolution. Parties agree that settlement is
            _____ likely (check one)
            __X__ unlikely at this time.

Parties agree to consent to binding arbitration pursuant to Local Rules 8.02(a) (3) and 8.05(b).

    _____ yes    __**X**__ no

Parties agree to participate in court annexed mediation as detailed in Chapter nine of the Court's Local Rules?
    _____ yes    __**X**__ no

   Parties agree to consent to trial presided over by United States Magistrate Judge.
\_\_\_\_\_ yes   **X**   no   \_\_\_\_\_ likely to agree in future

  9. <u>Preliminary Pretrial Conference</u>:

   Track Two Cases: Parties
   \_\_\_\_\_ request (check one)
   **X** do not request
   a preliminary pretrial conference before entry of a Case Management and Scheduling Order in this Track Two case.

  10. <u>Final Pretrial Conference and Trial</u>: The parties anticipate that they will be ready for a final pretrial conference by **September 3, 2010**, and trial by **October 4, 2010**. This **X** Jury / \_\_\_\_\_ Non-Jury trial is expected to take approximately **2** days.

  11. <u>Pretrial Disclosures and Final Pretrial Procedures</u>: Parties acknowledge that they are aware of and will comply with pretrial disclosures requirements in Fed. R. Civ. P. 26(a) (3) and final pretrial procedures requirements in Local Rule 3.06.

  12. Other Matters: None


Dated this 21st day of October, 2009.


*s/ C. Ryan Morgan*
C. Ryan Morgan, Esq.,            Counsel for Plaintiff
Florida Bar No. 0015527
MORGAN & MORGAN, P.A.
20 N. Orange Ave, 14th Floor
Orlando, FL 32801
Telephone: 407-420-1414
Facsimile: 407-420-5956
E-mail: rmorgan@forthepeople.com

 *s/ Anthony J. Hall*            Counsel for Defendant
**Anthony J. Hall, Esq.**
Florida Bar No: 0040924
LITTLER MENDELSON, P.C.
111 North Magnolia Ave., Suite 1250
Orlando, FL 32801
Telephone: (407) 393-2900
Facsimile: (407) 393-2929
E-mail: ahall@littler.com