UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NOEL MILLS, etc.,

      Plaintiff,

v.                                    Case No.3:09-cv-576-J-12JRK

NETWORK EXPRESS, INC., etc.,

      Defendant.

---

## CASE MANAGEMENT AND SCHEDULING ORDER

Upon consideration of the parties' Case Management Report (Doc. 14), filed August 21, 2009, concerning the completion of discovery and the scheduling of pre-trial procedures and trial, it is

ORDERED:

1. Parties are directed to meet the agreed upon terms and time limits in the parties' Case Management Report, as well as the following:

    Third party/joinder deadline:    October 30, 2009
    Discovery deadline:    May 21, 2010
    Dispositive motion deadline:    June 25, 2010

2. Parties are further directed to meet the pretrial disclosure requirements and deadlines in Fed. R. Civ. P. 26(a)(3) and to timely adhere to all requirements in Local Rule 3.06 concerning Final Pretrial Procedures. *However, the Pretrial Statement shall be due September 17, 2010.*

3. Motions to amend any pleading or a motion for continuance of any pretrial conference, hearing, or trial filed after issuance of this Case Management and Scheduling Order are disfavored. (See Local Rule 3.05(c)(2)(E) and Local Rule 3.05(c)(3)(D).

4. A pre-trial conference will be held before Senior District Judge Howell W. Melton, on Wednesday, September 29, 2010, at 10:30 a.m., in Courtroom 12A, Twelfth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville Florida.

5. This case will be set for trial at the pre-trial conference.

6. In order that the intended purposes of the pre-trial procedure are accomplished, all meetings of counsel, including the pre-trial conference, shall be attended by counsel who will participate in the trial of the case and is vested with full authority to make and solicit disclosures and agreements touching all matters pertaining to the trial.

DONE and ORDERED this ___3rd___ day of September 2009.

*Howell W. Melton*
HOWELL W. MELTON
Senior United States District Judge

Distribution:
    Copy to counsel